# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 15-3024 - Howard v. Army

## Brief of Appellant

## <u>ORDER</u>

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences.  The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1.  The corrected brief must have the word "CORRECTED" on the cover.
2.  The corrected version must be served on all counsel.
3.  The corrected version must be accompanied by a new proof of service.
4.  The deficiencies cited in this order must be the only changes made to the brief.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

March 25, 2015

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 15-3024 - Howard v. Army

The Brief of Appellant has been rejected for following reasons:

- The brief contains an impermissible addendum. Fed. Cir. R. 28(a)(12)
  - Pages A3049-A3054 are not permitted

- The addendum to the brief is not in text-searchable format as required by rule ECF-7(B)