# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### 15-3024 - Howard v. Army

### Joint Appendix

### <u>ORDER</u>

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected appendix must be filed within 14 days from the date of this order or there could be adverse consequences. The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected appendix must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the appendix.


FOR THE COURT

July 29, 2015

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 15-3024 - Howard v. Army

The Joint Appendix has been rejected for following reasons:

- The appendix does not contain the entire docket sheet (certified list) from the proceedings below. Fed. R. App. P. 30(a)(1); Fed. Cir. R. 30(a)(2)(A)(i)